UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                         Case No. 6:14-bk-09852-KSJ

BARBARA BALZER                                                     Chapter 7

Debtor.
_____/

### ORDER GRANTING SPACE COAST CREDIT UNION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

THIS CASE came on for consideration on the d Motion for Relief from the Automatic Stay filed by Space Coast Credit Union [D.E. 11]. The Motion was served by negative notice and no appropriate response having been filed in accordance with Local Rule 2002-4, it is

**ORDERED AND ADJUDED THAT:**

1. The Motion is **GRANTED**.

2. The automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is terminated as to Space Coast Credit Union's interest in the following real property (the "Property"):

> Lot 74, SEDONA AT LPGA INTERNATIONAL, according to the plat thereof as recorded in Map Book 48, Pages 140, 141, and 142, Public Records of Volusia County, Florida.
>
> Property Address: 125 Sedona Circle, Deltona, Florida 32124

3. The order granting relief from stay is entered for the sole purpose of allowing Space Coast Credit Union complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the Property, to gain possession of said Property, to have such other and further *in rem* relief as is just, and that Space Coast Credit Union shall not obtain *in personam* relief against the Debtor.

4. If applicable, Space Coast Credit Union's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is denied.

5. Bankruptcy fees and costs in the amount of $526.00 are awarded for prosecution of this Motion for Relief from Stay.

DONE and ORDERED in Orlando, Florida, on November 12, 2014.

_____
KAREN S. JENNEMANN
Chief United States Bankruptcy Judge

*Attorney Alexis S. Read is directed to serve a copy of this Order on all interested parties and shall file a Certificate of Service within three (3) days of entry of the Order.*